# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 4:11MJ3041-1 |
| | ) ) | |
| vs. | ) | DETENTION ORDER |
| JAYMOND H. TAYLOR, | ) ) | |
| Defendant. | ) ) ) | COMPLAINT |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1)   The above-named defendant shall be detained pending the preliminary hearing in this case.

2)   A preliminary hearing will be held on **September 30, 2011 at 10:00 a.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

September 19, 2011          BY THE COURT:

                            *s/Cheryl R. Zwart*
                            Cheryl R. Zwart
                            United States Magistrate Judge